AO 450 (Rev. 11/11)   Judgment in a Civil Action

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DANIAL CORBIN | ) |
| | ) |
| Plaintiff | ) |
| v. | ) Civil Action No.  2:23-cv-18 |
| | ) |
| MARY ELLEN JENSEN | ) |
| | ) |
| Defendant | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

**X** other: Judgment is ENTERED in favor of Defendant Mary Ellen Jensen and against Plaintiff Danial Corbin.

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Magistrate Judge Abizer Zanzi on a Motion for Summary Judgment.

DATE:  10/30/2025

*Chanda J. Berta, Clerk of Court*

by   s/E. Yike
*Signature of Clerk or Deputy Clerk*